IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE MARTIN, individually and on Behalf of all Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>-v-<br><br>THE HEARST CORPORTION, SOUTHERN CONNECTICUT NEWSPAPERS INC., MAIN STREET CONNECT, LLC, d/b/a THE DAILY GREENWICH, and NEWS 12 INTERACTIVE, INC.,<br><br>　　　　Defendants. | Case No. 3:12-cv-01023 (JBA) |

**DEFENDANT MAIN STREET CONNECT, LLC'S
REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
Phone / Fax: (203) 222-7169
Email: cam@stracherlaw.com

Robert D. Lillienstein (phv05758)
(admitted *pro hac vice*)
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-554-7807
917-206-4307 (facsimile)
Email: <u>rlillienstein@mosessinger.com</u>

*Attorneys for Defendant Main Street Connect, LLC*

941270v3  013726.0102

Defendant Main Street Connect, LLC ("Main Street") respectfully submits this reply memorandum in further support of its motion to dismiss the Amended Complaint of Plaintiff, Lorraine Martin ("Martin"), pursuant to Fed. R. Civ. P. 12(b)(6). As the arguments made by Martin in opposition to Main Street's motion are identical to those made in opposition to the arguments made by The Hearst Corporation and News 12 Interactive LLC in their joint motion to dismiss the complaint (collectively, the "Media Defendants"), Main Street respectfully relies on the arguments being made in the Media Defendants' reply papers.

Dated:  December 10, 2012                   Respectfully submitted,

                                                    /s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
Phone / Fax: (203) 222-7169
Email: cam@stracherlaw.com

Robert D. Lillienstein (phv05758)
(admitted *pro hac vice*)
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212-554-7807
917-206-4307 (facsimile)
Email: rlillienstein@mosessinger.com

*Attorneys for Defendant Main Street Connect, LLC*

941270v3  013726.0102

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2012, I caused the foregoing document to be filed electronically with the court using the CM/ECF system, which will send notification of such filing to the parties listed below.

Mark Sherman, Esq.
The Law Offices of Mark Sherman, LLC
29 Fifth Street
Stamford, CT 06905
msherman@marksgermanlaw.com

Stephen Seeger, Esq.
810 Bedford Street, Suite #3
Stamford, CT 06901
seegerkid2@aol.com

ATTORNEYS FOR PLAINTIFF

    /s/ Cameron Stracher
Cameron Stracher