IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE MARTIN, individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>HEARST CORPORATION, MAIN STREET CONNECT, LLC, d/b/a THE DAILY GREENWICH, and NEWS 12 INTERACTIVE, INC.,<br><br>Defendants. | Case No. 3:12-cv-01023 (MPS) |

## DECLARATION OF CAMERON STRACHER

Pursuant to 28 U.S.C. § 1746, Cameron Stracher declares:

1. I am Of Counsel to the law firm of Levine Sullivan Koch & Schulz, LLP, and counsel in this action for defendants Hearst Corporation and News 12 Interactive LLC. I submit this declaration based on my own personal knowledge to place certain items in the record as directed by the Court's Order of May 7, 2013 (Dkt. No. 48).

2. Attached hereto as Exhibit A is a true and correct copy of the article titled "Mother and sons charged with drug offenses" that was published online by the Hearst Corporation to the website of *The Advocate* on or about August 26, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of the article titled "Mother and sons charged with drug offenses" that was published online by the Hearst Corporation to the website of the *Greenwich Time* on or about August 26, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of the article titled "Mother and sons charged with drug offenses" that was published online by the Hearst Corporation to the website of the *Connecticut Post* on or about August 26, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of the article titled "Mom, 2 sons freed on bond after drug arrests" that was published on or about August 27, 2010 on the website of News 12, which is operated by News 12 Interactive LLC.

6. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2013

Cameron Stracher

**EXHIBIT A**

Case 3:12-cv-01023-MPS   Document 50   Filed 05/24/13   Page 3 of 10





Traffic | Weather | FAQ | Subscriber Services | e-Edition | Register | Sign In
Tuesday, May 07, 2013
64 °F  Stamford, CT
Mostly Cloudy

Search • stamfordadvocate.com • Web Search by YAHOO! • Businesses

Home   News   Sports   Business   Entertainment   Obituaries   Opinion   Blogs   Shopping   Classifieds   Jobs   Homes   Rentals   Cars   Index ▼

## Mother and sons charged with drug offenses

Published 8:04 pm, Thursday, August 26, 2010

A mother and her two sons were arrested and charged with numerous drug violations Aug. 20 after police received information that a pair of brothers were selling marijuana in town.

The arrests were part of a two-month-long investigation, which came to a head last week when police executed a search and seizure warrant.

Police arrested Edward Martin, 22, Christopher Martin, 20, and their mother, Lorraine Martin, 52, all of 382 Riversville Road.

Police said 12 grams of marijuana, scales, plastic bags and drug paraphernalia were found inside the residence.

Edward Martin was charged with operating a drug factory, possession of marijuana under four ounces, possession of marijuana with the intent to sell, possession of drug paraphernalia and conspiracy to sell marijuana.

Christopher Martin was charged with possession of drug paraphernalia and conspiracy to possess marijuana.

Lorraine Martin was charged with possession of narcotics, possession of drug paraphernalia and possession of a control substance after police found her with drugs, police said.

The suspects were all released on bond and are scheduled to appear in state Superior Court in Stamford Friday.

-- Debra Friedman









MORE NEWS GALLERIES

Kidnap victims found alive years later

Photos: 'The Office' Wrap Party in Scranton, Pa.

10 famous people who were once teachers

Emma Watson's Revealing Dress



LATEST NEWS



Horseshoe crabs link Sacred Heart U. to Mystic Aquarium

LATEST SPORTS



**EXHIBIT B**



Traffic | Weather | FAQ | Subscriber Services | e-Edition | Register | Sign In

Tuesday, May 07, 2013

61 °F Greenwich, CT
Mostly Cloudy

Q Search  • greenwichtime.com  • Web Search by YAHOO!  • Businesses

Home   News   Sports   Business   Entertainment   Obituaries   Opinion   Blogs   Shopping   Classifieds   Jobs   Homes   Rentals   Cars   Index ▼

Regional | National | World | Politics | Science and Technology

## Mother and sons charged with drug offenses

Published 8:04 pm, Thursday, August 26, 2010

Tweet

Share

- Comments (0)
- Email This
- A Larger | Smaller
- Font
- Printable Version

A mother and her two sons were arrested and charged with numerous drug violations Aug. 20 after police received information that a pair of brothers were selling marijuana in town.

The arrests were part of a two-month-long investigation, which came to a head last week when police executed a search and seizure warrant.

Police arrested Edward Martin, 22, Christopher Martin, 20, and their mother, Lorraine Martin, 52, all of 382 Riversville Road.

Police said 12 grams of marijuana, scales, plastic bags and drug paraphernalia were found inside the residence.

Edward Martin was charged with operating a drug factory, possession of marijuana under four ounces, possession of marijuana with the intent to sell, possession of drug paraphernalia and conspiracy to sell marijuana.

Christopher Martin was charged with possession of drug paraphernalia and conspiracy to possess marijuana.

Lorraine Martin was charged with possession of narcotics, possession of drug paraphernalia and possession of a control substance after police found her with drugs, police said.

The suspects were all released on bond and are scheduled to appear in state Superior Court in Stamford Friday.

-- Debra Friedman

**MORE NEWS**



Greenwich gets 'Mad Men' cameo



The Winklevii come into "new money" with virtual currency



Major, Brown talk women, education



**MORE NEWS GALLERIES**


Kidnap victims found alive years later


Photos: 'The Office' Wrap Party in Scranton, Pa.

10 famous people who were once teachers

Emma Watson's Revealing Dress



**LATEST NEWS**



'Abuse is never the fault of the victim'

**LATEST SPORTS**

**EXHIBIT C**



Traffic |Weather |FAQ |Subscriber services |e-Edition   |Register |Sign In

# ctpost.com

Tuesday, May 07, 2013
60°F Bridgeport, CT
Clear

Q Search    ⦿ ctpost.com    ○ Web Search by YAHOO!    ○ Businesses

Home   News   Sports   Business   Entertainment   Obituaries   Opinion   Blogs   Shopping   Classifieds   Jobs   Homes   Rentals   Cars   Index ▼

## Mother and sons charged with drug offenses

Published 8:04 pm, Thursday, August 26, 2010

Tweet

Share

Comments (0)    Email This
A Larger | Smaller    Font
Printable Version

**OTHER NEWS**


Different paths, same results for Beard winners


Families mark Eastern Orthodox Easter


Milford man charged in fatal post-blizzard accident

A mother and her two sons were arrested and charged with numerous drug violations Aug. 20 after police received information that a pair of brothers were selling marijuana in town.

The arrests were part of a two-month-long investigation, which came to a head last week when police executed a search and seizure warrant.

Police arrested Edward Martin, 22, Christopher Martin, 20, and their mother, Lorraine Martin, 52, all of 382 Riversville Road.

Police said 12 grams of marijuana, scales, plastic bags and drug paraphernalia were found inside the residence.

Edward Martin was charged with operating a drug factory, possession of marijuana under four ounces, possession of marijuana with the intent to sell, possession of drug paraphernalia and conspiracy to sell marijuana.

Christopher Martin was charged with possession of drug paraphernalia and conspiracy to possess marijuana.

Lorraine Martin was charged with possession of narcotics, possession of drug paraphernalia and possession of a control substance after police found her with drugs, police said.

The suspects were all released on bond and are scheduled to appear in state Superior Court in Stamford Friday.

-- Debra Friedman

**MORE NEWS GALLERIES**

  

Kidnap victims found alive years later | Photos: 'The Office' Wrap Party in Scranton, Pa. | This week in Southwestern Connecticut, May 6 to 12

Emma Watson's Revealing Dress



**LATEST NEWS**


Sausage maker to leave Stamford for Bridgeport

**LATEST SPORTS**


Swanson leaves SHU for 'right fit' at William & Mary

**LATEST ENTERTAINMENT**

Printable Version   Email This    Tweet

**EXHIBIT D**



Search News 12     Submi    REGION: Long Island

News  Weather  Traffic  Features  What's Going On  MyP12ema Classifieds  Numbers tanks  So Sigh Off  NSign Team  Polls  Business  Sports

## Cuomo: Obama requested $60.4B in Sandy aid
FEMA - Information and Resources - Watch News Conference - Traffic and Weather

HOME  TOP STORIES

### Mom, 2 sons freed on bond after drug arrests

(08/27/10) **GREENWICH** - A mother and her two sons were freed on bond this evening after facing a judge on charges of operating a drug factory out of their Greenwich home.

Lorraine Martin and her sons, Christopher and Edward, were arrested on Aug. 20 after police say they confiscated 12 grams of marijuana, scales and traces of cocaine from their house. Police say they received a tip after neighbors complained about illegal drug sales in the residence.

Martin and her sons did not enter a plea in Stamford Superior Court and had no comment on the charges.

They are due back in court at the end of **September**.

Tweet

Print



**Other Top Stories**



