IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE MARTIN, individually and on Behalf of all Others Similarly Situated,<br><br>         Plaintiff,<br><br>-v-<br><br>THE HEARST CORPORATION,<br>MAIN STREET CONNECT, LLC, d/b/a<br>THE DAILY GREENWICH, and<br>NEWS 12 INTERACTIVE, INC.,<br><br>         Defendants. | Case No. 3:12-cv-01023 (MPS) |

**AFFIDAVIT OF MARK SHERMAN, ESQ.**

Pursuant to the Court's Order of May 30, 2013, Mark Sherman, Esq., Attorney for Plaintiff, declares:

1.     I am an attorney with The Law Offices of Mark Sherman, LLC, counsel in this action to the Plaintiff Lorraine Martin.  I submit this affidavit based on my own personal knowledge of the materials in the record in this action.

2.     I submit this Affidavit in response to the Court's Order of May 30, 2013.

3.     Plaintiff does not have a have good-faith belief that the statements in the articles at issue were false when they were first published by the Defendants in 2010.

4.     On May 30, 2013, I submitted a Declaration in response to the Defendants' counsel's May 25, 2013 Declaration which contained copies of the articles at issue, per the request of the Court in its May 6, 2013 Order.

5.  I am aware of the Court's May 6, 2013 Order and failed to provide notice of Plaintiff's position on or before May 27, 2013.

6.  I misinterpreted the Court's May 6, 2013 Order to require a submission in response to the articles submitted by the Defendants' counsel. Further, my May 30, 2013 declaration was deficient in that it did not clearly address the issue of whether the Plaintiff had a good-faith belief that the statements in the articles at issue were deficient.

7.  I apologize to the Court for this mistake and deficiency.

8.  I would therefore respectfully request that sanctions not be imposed in light of the following: (a) that my May 30, 2013 Declaration was submitted as a good faith response to the Defendants' counsel's May 25 Declaration, and in furtherance of the Plaintiff's arguments in opposition to the Defendants' motions to dismiss, (b) that it was not my intention to fail to comply with the Court's May 6, 2013 Order, and (c) that I believe I have adhered to every other deadline in this case, both in the State and Federal courts in which this case has been litigated.

9.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 30, 2013

                                                    /s/ Mark Sherman, Esq.
                                                        Mark Sherman

## **CERTIFICATION**

THIS IS TO CERTIFY that on May 30, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                        /s/  Mark Sherman, Esq.
                                                                        Mark Sherman